WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Graff, surviving parent of Keith Graff, individually and on behalf of the Estate of Keith Graff, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipal corporation; Carla Williams and John Doe Williams, wife and husband; Charles Anderson and Jane Doe Anderson, husband and wife; Taser International, Inc, an Arizona corporation; Black Businesses I-X; White Corporations I-X; XYZ Partnerships I-X; John Does I-X and Jane Does I-X,<br><br>    Defendants. | NO. CIV-06-2166-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Notice of Settlement filed by Defendants City of Phoenix, Carla Williams, and Charles Anderson, in which they inform the Court that the parties have reached a settlement. (Doc. 17). The above-captioned matter has been resolved between Plaintiff and City of Phoenix, Carla Williams, and Charles Anderson **ONLY**.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff and City of Phoenix, Carla Williams, and Charles Anderson shall file a stipulation for dismissal with prejudice no

later than **Friday, May 18, 2007**.

**IT IS FURTHER ORDERED** that a settlement status hearing is set for**, June 4, 2007 at 10:30 a.m.** If a stipulation for dismissal with prejudice is filed on or before Friday, May 18, 2007, the settlement status hearing shall be vacated.

DATED this 9th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge