WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Graff, surviving parent of Keith Graff, individually and on behalf of the Estate of Keith Graff, deceased,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipal corporation; Carla Williams and John Doe Williams, wife and husband; Charles Anderson and Jane Doe Anderson, husband and wife; Taser International, Inc, an Arizona corporation; Black Businesses I-X; White Corporations I-X; XYZ Partnerships I-X; John Does I-X and Jane Does I-X,<br><br>Defendants. | NO. CIV-06-2166-PHX-SMM<br><br>**ORDER** |

Pursuant to the stipulation of the following parties (Doc. 19): Plaintiffs, and Defendants City of Phoenix, Carla Williams, and Charles Anderson,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Defendants City of Phoenix, Carla Williams, and Charles Anderson, each party to bear their own costs.

**IT IS FURTHER ORDERED** that the settlement status hearing set for **June 4, 2007 at 10:30 a.m.** is hereby **VACATED**.

DATED this 21st day of May, 2007.

Stephen M. McNamee
United States District Judge